Case 2:09-cr-01210-PA   Document 31   Filed 12/09/09   Page 1 of 1   Page ID #:155

CR-66 (10/97)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR-09-1210-5 |
| Virgilio Gomez Munoz DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __12-15-09__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 12/9/09

_Ralph Zarefsky_
U.S. District Judge/Magistrate Judge